| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: James Orenstein<br>        U.S. Magistrate Judge | Date:    8/16/2018<br>Time:    11:00 a.m. |

*Yelena Lysyak v. Home Attendant Service of Hyde Park, Inc.*
18-CV-0259 (WFK) (JO)

Type of Conference:  Status

Appearances:   Plaintiff      Steven L. Wittels

               Defendant      Salvatore Puccio

Scheduling:

1. The next status conference will be held on January 8, 2019, at 11:30 a.m.

2. A pretrial conference will be held on March 13, 2019, at 10:30 a.m.

Summary: As set forth on the record, I approved the plaintiff's version of the proposed notice to potential opt-n plaintiffs, and decided that the parties shall disseminate notice via mail, telephone, and text messaging but not by newspaper publication.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge